VEE BEE SERVICE COMPANY, Appellant, v. HOUSEHOLD FINANCE CORPORATION and THE RUSSELL SAGE FOUNDATION, Respondents, Impleaded with Others, Defendants.— Order unanimously modified by denying the relief requested in " 3," " 3 (a) " and " 3 (b) " of the notice of motion, and by denying so much of item 2 as requests that paragraph 28 of the complaint be stricken out, and as so

modified affirmed, with twenty dollars costs and disbursements to the appellant, with leave to the plaintiff to serve an amended complaint within ten days after service of order. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.